UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAURA LYNN PAULSON, | ) | NO. CV 14-4252-AS |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

   IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Order Granting Defendant's Motion for Remand and Denying Plaintiff's Motion for Reversal and immediate payment of benefits, filed concurrently herewith.

   DATED: December 18, 2014.

/s/

ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE